UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Chat Log |